

EXHIBIT #4



# STAR MAZDA
## "the Star Supercenter"

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

mazda
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
E.P.A. # CAD 981445158

Mar 15, 2010   14:41

\*\*\* DEBIT SALE \*\*\*

Transaction #: 1142
Batch #: 56
Card Type: DEBIT
Card #:
Exp Date: xxxx
Entry Mode: Swiped
Invoice #: 623369
Debit Trace #: 001142

Authorization Code:
APPROVAL 004874

SALE AMOUNT: $177.22

CELL:

| ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| RAUL BOHORQUEZ | 106  6212 | 03/15/10 | MACS623369 |

| LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 49,112 | COLOR SILVER/ | STOCK NO. |

YEAR / MAKE / MODEL
04/MAZDA/RX-8/4DR CPE AT

| | DELIVERY DATE | DELIVERY MILES |

VEHICLE I.D. NO.
J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7

| | SELLING DEALER NO. | PRODUCTION DATE |

| F.T.E. NO. | P.O. NO. | R.O. DATE 03/15/10 | |

| PHONE | COMMENTS | | MO: 49112 |

LABOR & PARTS
J# 1 14MAZ      EXTERIOR BODY           TECH(S):583              0.00
          CUSTOMER REQUESTS LEFT TAIL LAMP ASSEMBLY.
          PART ON ORDER. WILL CALL WHEN IN STOCK.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-----
JOB # 1     1    FE01-51-180G    LENS & BOD             161.47      161.47
                                     JOB #  1 TOTAL PARTS       161.47

                          JOB #  1 TOTAL LABOR & PARTS      161.47
--------------------------------------------------------------------------
ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF   $162.00 (+TAX)
TOTALS--------------------------------------------------------------

                                   TOTAL LABOR....    0.00
                                   TOTAL PARTS....  161.47
                                   TOTAL SUBLET...    0.00
                                   TOTAL G.O.G....    0.00
                                   TOTAL MISC CHG.    0.00
                                   TOTAL MISC DISC    0.00
                                   TOTAL TAX......   15.75
                                                   --------
                                   **TOTAL INVOICE $    177.22**

CUSTOMER SIGNATURE

MAR 1 5 2010

The Reynolds and Reynolds Company   ERA/MITS/HE GG509182 Q (01/10)




# STAR MAZDA
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.    GLENDALE, CALIFORNIA 91204
(818) 247-1903    SERVICE DIRECT: (818) 502-1434
FAX: (818) 246-0593
www.starautogroup.com



B.A.R. # ARD 009143

E.P.A. # CAD981445158

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|-----------|----------------------|-------|-------|-----------|----------------------|-------|-------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|------|-------------|---------|---------|-----------|------|-----------|----------------------|
| 03/15/10 | 623369 | 49112 | 106 | 583 | C | 14MAZ | EXTERIOR BODY |
| 12/14/09 | 620580 | 47192 | 135 | 583 | C | 01LIZ05 | *OIL&FILTER CHANGE |
| | | | | 583 | C | 01LIZ1199P | PERF MULTI POINT INS |
| | | | | 583 | C | 01LIZ07T | TIRE ROTATE 18", TRK |
| | | | | 583 | C | 01LIZ1177P | LUBE HINGE, LATCH, LOC |
| | | | | 583 | C | 01LIZ | DO NOT USE. |

SALESPERSON NO.

# S E R V I C E

STATE REG# E

| TERMS | VEHICLE I.D. NO. JM1FE17NX40123927 | YEAR/MAKE/MODEL 04/MAZDA/RX-8/4DR CPE AT | | PRODUCTION DATE | STOCK NO. | LICENSE NO. 6FVK365 | R.O. NO. 623520 |
|-------|-----|-----|---|---|---|---|---|
| CASH ☐ CREDIT CARD ☐ CHECK ☐ (INCR APPROVAL) OTHER ☐ | CHRISTINA PASCHAL | | | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | R.O. DATE 03/18/10 |
| | CUSTOMER NO. 61057 | SERVICE CONTRACT | | | CONTRACT NO. | EXPIRATION DATE | EXPIRATION MILES | TAG NO. 6262 |
| SAVE REMOVED PARTS FOR CUSTOMER ☐ YES ☐ NO | COLOR SILVER/ | | | | | | |
| | TURBO N | M/M/C LIZZ | AIR COND. Y | P.S. Y | TRANS A | MILEAGE 49,146 | ADVISOR NO. 106 | ADVISOR RAUL BOHORQUEZ |

CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

RESIDENCE PHONE    BUSINESS PHONE

TIME RECEIVED 02:29pm    DATE/TIME PROMISED 03/18/10    06:00pm    PRIORITY

APPOINTMENT ☐ YES ☐ NO

CELL:

LABOR RATE

POWER OF ATTORNEY: The undersigned, hereinafter called "insured", for the consideration of repairs made to "Insured's" automobile, does hereby grant to said STAR MAZDA insured's power of attorney to sign or endorse any checks and/or drafts made payable to insured and any releases thereto, as settlement for damages to the above described vehicle.I UNDERSTAND THAT I HAVE THE RIGHT TO HAVE EMISSION SERVICE AND/OR ADJUSTMENT DONE ELSEWHERE. I HEREBY WAIVE THIS RIGHT. I hereby authorize the repair work hereinafter set forth to be done along with necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by the unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. SUBJECT TO THE CONDITIONS ON THE REVERSE SIDE.

X _____ (DATE)    X _____ (INSURED)    X _____ (DATE)    X _____ (INSURED)

## JOB

ORIGINAL CUSTOMER ESTIMATE:    TOTAL    0.00

X

**1**    **C  01MAZRBULBS**    ***REAR BULBS***
CUSTOMER IS BACK TO HAVE THE LEFT TQAIL LAMP ASSEMBLY REPLACED.

**2**    **C  01MAZ99P**    ***MULTI-POINT INSPECT***
PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS PER CHECK SHEET.

ORIGINAL ESTIMATE $    HAZARDOUS WASTE REMOVAL EST $

TEARDOWN ESTIMATE
I understand that my vehicle will be reassembled within _____ days of the date shown above if I choose not to authorize the services recommended.

| 1ST REV. EST. | ADD. COST | AUTHORIZED BY: |
|---|---|---|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

| 2ND REV. EST. | ADD. COST | AUTHORIZED BY: |
|---|---|---|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

| 3RD REV. EST. | ADD. COST | AUTHORIZED BY: |
|---|---|---|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

"I acknowledge notice and oral approval of an increase in the original estimate."
X
CUSTOMER SIGNATURE

*I hereby designate the individual named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor*

Name of Designee:    Phone Number:

E-Mail Address:    Fax Number:

Customer's Signature:    Date:
X

HAZARDOUS WASTE DISPOSAL: AS A RESULT OF FEDERAL AND STATE MANDATED MANAGEMENT REGULATIONS, A SMALL AMOUNT WILL BE CHARGED FOR THE DISPOSAL OF HAZARDOUS WASTE GENERATED BY THE REPAIRS OF YOUR VEHICLE. HAZARDOUS WASTE ITEMS ARE OIL, GASOLINE, ANTIFREEZE, ETC.

BY LAW YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS THAT THE SMOG CHECK TEST INDICATES ARE NECESSARY.

"You agree that we may contact you in writing, by email, or by using prerecorded/artificial voice messages and automatic telephone dialing systems, as the law allows. You also agree that we may contact you in these other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you."

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO NOT ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

The Reynolds and Reynolds Company ERA/NTWO-4E · 5OD H36S Q (6/10)





# STAR MAZDA
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
E.P.A. # CAD 981445158

Lincoln Mercury ECC/CARD
901 S BRAND BLVD
GLENDALE, CA 91204
(818) 956-0977

Mar 18, 2010    17:58

*** DEBIT SALE ***

Transaction #: 1279
    Batch #: 59
  Card Type: DEBIT
    Card #:
  Exp Date:
Entry Mode: Swiped
 Invoice #: 623520
Debit Trace #: 001279

Authorization Code:
APPROVAL 097800

  SALE AMOUNT: $48.50

CELL:

| ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| RAUL  BOHORQUEZ | 106 | 6262 | 03/18/10 | MACS623520 |

| LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 49,146 | COLOR SILVER/ | STOCK NO. |
|---|---|---|---|---|

| YEAR / MAKE / MODEL 04/MAZDA/RX-8/4DR CPE AT | | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|

| VEHICLE I.D. NO. J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.E. NO | P.O. NO. | R.O. DATE 03/18/10 |
|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|

MO: 49146

```
LABOR & PARTS--------------------------------------------------
J# 1 01MAZRBULBS    REAR BULBS              TECH(S):583                48.50
            CUSTOMER IS BACK TO HAVE THE LEFT TQAIL LAMP ASSEMBLY
            REPLACED.
            INSTALLED THE TAIL LAMP

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
                                         JOB #  1 TOTAL PARTS         0.00

                         JOB #  1 TOTAL LABOR & PARTS                 48.50
..............................................................................
J# 2 01MAZ99P       MULTI-POINT INSPECT     TECH(S):583            INTERNAL
            PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
            PER CHECK SHEET.
            PERFORMED 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
            PER CHECK SHEET, COMPLETED AND ROAD TESTED.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
JOB # 2     1     9970-08-215      BULB - CLE                      INTERNAL
                                         JOB #  2 TOTAL PARTS         0.00

                         JOB #  2 TOTAL LABOR & PARTS                 0.00
..............................................................................
ESTIMATE----------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
      ORIGINAL ESTIMATE OF    $48.50 (+TAX)
TOTALS------------------------------------------------------------------------
```

| | |
|---|---|
| TOTAL LABOR.... | 48.50 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **48.50** |

CUSTOMER SIGNATURE

MAR 1 8 2010

The Reynolds and Reynolds Company  ERA#INT5HE  OG0091 32 Q (01/10)





# STAR MAZDA
## "the Star Supercenter"

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com



**mazda**
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

**B.A.R. # REG ARD 009143**

| CUSTOMER NO. | | ADVISOR | | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | | LABOR RATE | LICENSE NO. | | MILEAGE | COLOR | STOCK NO. |
| 03/18/10 | 623520 | 49146 | YEAR / MAKE / MODEL 106 | 583 C | 01MAZRBULBS | DELIVERY DATE REAR BULBS | DELIVERY MILES |
| 03/15/10 | 623369 | 49117 | 106 | 583 I 583 C | 01MAZ99P 14MAZ | MULTI-POINT INSPECT EXTERIOR BODY | PRODUCTION DATE |
| 12/14/09 | 620580 | 47192 | VEHICLE I.D. NO. 135 | 583 C | 01LIZ05 | *OIL&FILTER CHANGE | |
| | | F.T.E. NO. | | 583 P.O. NO 583 C | 01LIZ1199P 01LIZ07T | R *PERF MULTI POINT INS TIRE ROTATE 18",TRK | |

| SALESPERSON NO. | BUSINESS PHONE | COMMENTS | S E R V I C E | | | STATE REG# E |
|---|---|---|---|---|---|---|

**JM1FE17NX40123927**     04/MAZDA/RX-8/4DR CPE AT                    6FVK365  627759

CHRISTINA PASCHAL                  61057                                      06/28/10

                                SILVER/                                        1551

                    N  LIZZ   Y   Y   A   53,938   939   WILFREDO RIVERA

        09:03am  06/28/10   06:00pm

X
        CELL:

        ORIGINAL CUSTOMER ESTIMATE:      TOTAL
                                          97.00
    X _____

COMMENTS
TOWED

1   C   23MAZ          **ELECTRICAL SYSTEM**
    -TOWED IN-CUST STS ENGINE WON'T START


2   C   01MAZ99P       **MULTI-POINT INSPECT**
    PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
    PER CHECK SHEET.

The Reynolds and Reynolds Company  8RANNT8•4E - GG2091l32.D (01/18)





# STAR MAZDA
## "the Star Supercenter"

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com



**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

**B.A.R. # REG ARD 009143**

mazda
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

CELL:

| CUSTOMER NO. 61057 | ADVISOR WILFREDO RIVERA | | TAG NO. 939 | 1551 | INVOICE DATE 07/09/10 | MACS627759 |
|---|---|---|---|---|---|---|
| | LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 53,938 | | COLOR SILVER/ | STOCK NO. |
| CHRISTINA PASCHAL | YEAR / MAKE / MODEL 04/MAZDA/RX-8/4DR CPE AT | | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F. T. E. NO. | | P.O. NO. | | R. O. DATE 06/28/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | |
| | | | | | | MO: 53938 |

```
LABOR & PARTS--------------------------------------------------------------
J# 1 23MAZ         ELECTRICAL SYSTEM        TECH(S):250              0.00
      -TOWED IN-CUST STS ENGINE WON'T START
      UPON VEHICLE INSPECTION FOUND ENGINE FLOODED CAUSING THE
      NO START CONDITION
      PERFORM ENGINE DECARBONIZING TO CORRECT CONCERN
      SEE R.O.#627759

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                           JOB #  1 TOTAL PARTS    0.00

                              JOB #  1 TOTAL LABOR & PARTS         0.00
-----------------------------------------------------------------------------
J# 2 01MAZ99P      MULTI-POINT INSPECT      TECH(S):250              0.00
      PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
      PER CHECK SHEET.
      PERFORMED 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
      PER CHECK SHEET. COMPLETED AND ROAD TESTED.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                           JOB #  2 TOTAL PARTS    0.00

                              JOB #  2 TOTAL LABOR & PARTS         0.00
-----------------------------------------------------------------------------
J# 3+23MAZBATTR    BATT/FAILED             TECH(S):250             38.00
      PERFORMED BATTERY TEST
      PERFORM CIRCUIT SYSTEM DIAGNOSIS,CHARGING SYSTEM OK.
      BATTERY FAILED LOAD TEST
      REPLACED BATTERY TO CORRECT CONCERN

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
JOB # 3     1     0000-80-0035-WB   BATTERY        112.20         112.20
                                           JOB #  3 TOTAL PARTS  112.20

                              JOB #  3 TOTAL LABOR & PARTS       150.20
-----------------------------------------------------------------------------
J# 4+03MAZBRKG     BRAKES/GREEN            TECH(S):250              0.00
      PERFORM BRAKE INSPECTION FRONT AND REAR AS PER FULL CIRCLE
      INSPECTION
      COMPLETED BRAKE INSPECTION AS PER FULL CIRCLE PROCESS.
      ADVISED CLIENT BRAKES ARE GREEN STATUS OK.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                           JOB #  4 TOTAL PARTS    0.00

                              JOB #  4 TOTAL LABOR & PARTS         0.00
-----------------------------------------------------------------------------
J# 5+23MAZBATTG    BATT/PASSED             TECH(S):250              0.00
      PERFORMED A BATTERY CHECK
      BATTERY REPLACED SEE LINE 1

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                           JOB #  5 TOTAL PARTS    0.00
```

The Reynolds and Reynolds Company ERMANTSH14E 6Q008192 Q (05/10)





**STAR MAZDA**
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

**B.A.R. # REG ARD 009143**

mazda
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

CELL:

| CUSTOMER NO. | | ADVISOR | | TAG NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 61057 | | WILFREDO RIVERA | | 939 1551 | | 07/09/10 | MACS627759 |
| | | LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | STOCK NO. |
| CHRISTINA PASCHAL | | | 6FVK365 | 53,938 | | SILVER/ | |
| | | YEAR / MAKE / MODEL | | | | DELIVERY DATE | DELIVERY MILES |
| | | 04/MAZDA/RX-8/4DR CPE AT | | | | | |
| | | VEHICLE I.D. NO. | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | | J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | | | | |
| | | F.T.E. NO | | P.O. NO. | | R.O. DATE | |
| | | | | | | 06/28/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | |
| | | | | | | | MO: 53938 |

```
                                      JOB #  5 TOTAL LABOR & PARTS        0.00
...........................................................................
J# 6+25MAZTIRR      TIRES/RED                  TECH(S):250                0.00
          PERFORM TIRE INSPECITON AS PER FULL CIRCLE PROCESS.
          ADVISED CLIENT TIRES ARE RED STATUS IMMEDIATE ATTENTION
          REQUIRED
          COMPLETED TIRE INSPECTION AS PER FULL CIRCLE PROCESS.
          ADVISED CLIENT TIRES ARE IN THE RED STATUS IMMEDIATE
          ATTENTION REQUIRED

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
                                      JOB #  6 TOTAL PARTS             0.00

                                      JOB #  6 TOTAL LABOR & PARTS     0.00
...........................................................................
ESTIMATE--------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF   $162.00 (+TAX)
COMMENTS--------------------------------------------------------------------
TOWED

TOTALS----------------------------------------------------------------------
                                      TOTAL LABOR....      38.00
                                      TOTAL PARTS....     112.20
                                      TOTAL SUBLET....      0.00
                                      TOTAL G.O.G....       0.00
                                      TOTAL MISC CHG.       0.00
                                      TOTAL MISC DISC       0.00
                                      TOTAL TAX......      10.94
                                                        --------
                                      TOTAL INVOICE $     161.14
```

CUSTOMER SIGNATURE



The Reynolds and Reynolds Company  ERVANTSI4E  GG069132 Q  (0/10)



# ⚡ LINCOLN
# ⚙ MERCURY

OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.

B.A.R. # REG ARD 009143   P.A. CODE: 11822



# ⭐STAR

901 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
(818) 247-1903
www.starautogroup.com

# 🔷 mazda

OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.

E.P.A. # CAT 000613992

| CUSTOMER NO. | | ADVISOR | | | TAG NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| | | LABOR RATE | LICENSE NO. | | MILEAGE | | COLOR | STOCK NO. |
| 03/24/09 | 611123 | YEAR / MAKE / MODEL | | | | | DELIVERY DATE | DELIVERY MILES |
| | | 37481 834 | 666 | C | 01LIZ05 | | *OIL&FILTER CHANGE | |
| | | VEHICLE I.D. NO. | 666 | C | 01LIZ071 | | TIRE ROTATE 18 | PRODUCTION DATE |
| | | | 666 | C | 01LIZ1177P | | LUBE HINGE,LATCH,LOC | |
| | | F. T. E. NO. | 666 | C | 01LIZ1199P | | PERF MULTI POINT INS | |
| | | | 666 | C | 00LIZYTIRE | | LINCOLN TIRE YELLOW | |
| RESIDENCE PHONE | BUSINESS PHONE | | 666 | C | 00LIZYBK | | LINCOLN BRAKE YELLOW | |
| SALESPERSON NO. | | COMMENTS | | | | | | |

## S E R V I C E                          STATE REG# E

**JM1FE17NX40123927**  04/MAZDA/RX-8/4DR CPE AT                  6FVK365   615014

CHRISTINA CASTELLAN                 61057                                   07/07/09

SILVER/                                                                     4229

N LIZZ      Y    Y    A    40,833   939   WILFREDO RIVERA

12:48pm  07/07/09   06:00pm   5

X

ORIGINAL CUSTOMER ESTIMATE:      TOTAL

X _____

COMMENTS :
TOWED

1  C   05LIZ      **QUICK SERV. DEPT.**
-TOWED IN-CUST STS ENGINE CRANKS BUT WON'T START

2  C   01LIZ1199P      **PERF MULTI POINT INS**

The Reynolds and Reynolds Company  ERMNTS9HE  GG50B132 Q (05/06)





**LINCOLN**
**MERCURY**

OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.

B.A.R. # REG ARD 009143   P.A. CODE: 11822

901 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
(818) 247-1903
www.starautogroup.com

**mazda**

OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.

E.P.A. # CAT 000613992

## ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE

| CUSTOMER NO. | 61057 | ADVISOR WILFREDO RIVERA | 939 | TAG NO. 4229 | INVOICE DATE 07/10/09 | INVOICE NO. MACS615014 |
|---|---|---|---|---|---|---|
| CHRISTINA CASTELLAN | | LABOR RATE | LICENSE NO. 5FVK365 | MILEAGE 40,833 | COLOR SILVER/ | STOCK NO. |
| | | YEAR / MAKE / MODEL '04/MAZDA/RX-8/4DR CPE AT | | | DELIVERY DATE | DELIVERY MILES |
| | | VEHICLE I.D. NO. M1FE17NX40123927 | | | SELLING DEALER NO. | PRODUCTION DATE |
| | | F.T.E. NO. | | P.O. NO. | R.O. DATE 07/07/09 | REPRINT# 1 |
| RESIDENCE PHONE | | COMMENTS | | | | |

```
LABOR & PARTS---------------------------------------------
J# 1 05LIZ        QUICK SERV. DEPT.          TECH(S):806
     -TOWED IN-CUST STS ENGINE CRANKS BUT WON'T START
     ELECTRONIC ENGINE DIAGNOSIS INDICATES ENGINE FLOODED
     REPAIR DONE IN R.O.#615095

                      JOB #  1 TOTAL LABOR & PARTS      0.00
---------------------------------------------------------
J# 2 01LIZI1199P  PERF MULTI POINT INS       TECH(S):806      0.00
     PERFORM MULTI-POINT INSPECTION

                      JOB #  2 TOTAL LABOR & PARTS      0.00
---------------------------------------------------------
J# 3+00LIZGTIRE   LINCOLN TIRE GREEN         TECH(S):806      0.00
     TIRES ARE OK

                      JOB #  3 TOTAL LABOR & PARTS      0.00
---------------------------------------------------------
J# 4+00LIZRBK     LINCOLN BRAKE RED          TECH(S):806      0.00
     FRONT BRAKES WILL REQUIRE IMMEDIATE ATTENTION
     REAR BRAKES WILL REQUIRE FUTURE ATTENTION

                      JOB #  4 TOTAL LABOR & PARTS      0.00
---------------------------------------------------------
COMMENTS---------------------------------------------------
TOWED

RECOMMENDATIONS--------------------------------------------
RECOMEND BATTERY IS WEAK,BUT DECLINED
RECOMEND FRONT BRAKE PADS,MACHINED ROTORS
RECOMEND OIL AND FILTER CHANGE

TOTALS-----------------------------------------------------
                                    TOTAL LABOR....    0.00
                                    TOTAL PARTS....    0.00
                                    TOTAL SUBLET...    0.00
                                    TOTAL G.O.G....    0.00
                                    TOTAL MISC CHG.    0.00
                                    TOTAL MISC DISC    0.00
                                    TOTAL TAX......    0.00
                                    ------
                                    TOTAL INVOICE $    0.00
```

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  ERANTSI4E  GG50913Q (05/08)

# FULL CIRCLE SERVICE REPORT CARD

**3990540**

Customer Name: _Christina C._    Phone: _____    **E-Mail:** _____

Date: _07.10.09_    License: _____    Year/Model: _____

VIN: _____    RO/Tag#: _415014_    Mileage: _____

| INSPECTION RESULT - OK | WILL REQUIRE FURTHER ATTENTION | REQUIRES IMMEDIATE ATTENTION |
|---|---|---|

| Inspect Each Service | Info. / Estimate | Check Tires/Measure Tire Tread Depth |
|---|---|---|

## CHECK & FILL

| | Service | OK | Result |
|---|---|---|---|
| ✓ | Windshield washer fluid level | | |
| ✓ | Automatic transmission fluid level/condition | | D.ty |
| ✓ | Brake fluid level/condition | | Low |
| ✓ | Power steering fluid level/condition | | N/A |
| ✓ | Coolant recovery reservoir fluid level/condition | | D.ty |
| ✓ | Transaxle, transfer case, clutch reservoir fluid/condition (as equipped) | | |
| ✓ | Engine oil level/condition | | |
| ✓ | Windshield for cracks, chips and pitting | | |
| ✓ | Wiper blades/inserts | | Torn |
| ✓ | Horn, interior and exterior lights, washer spray and wiper operation | | |
| ✓ | Cooling system for visible leaks and damage | | |
| ✓ | Oil and/or fluid leaks (Specify _____) | | |
| ✓ | Constant velocity (CV) drive axle boots (if equipped) | | |
| ✓ | Exhaust system (leaks, visible damage, loose parts) | | |
| ✓ | Drive belt(s) | | |
| ✓ | Steering, steering linkages/wheel end play/bearings | | |
| ✓ | Suspension (shocks/struts for bounce/leaks/damage) | | |
| ✓ | Brake lines, hoses, parking brake | | |
| ✓ | Clutch operation (if equipped) | | |

## Check Tires/Measure Tire Tread Depth

**Tire Pressure Set to Factory Recommendation**

LF ✓    RF ✓

LR    RR

- 50% or more remaining (Above 6/32")
- 20% - 50% remaining (4/32" – 6/32")
- Less than 20% remaining (3/32" or less)

### Measure Front / Rear Brake Linings

LF    RF

LR _6u_    RR _Cen_

- 50% or more remaining — (Above 5mm Disc) (Above 2mm Drum)
- 20% - 50% remaining — (3mm-5mm Disc) (1.01mm-2mm Drum)
- Less than 20% remaining — (Less than 3mm Disc) (1mm or less Drum)

Brake Measurements Not Taken This Service Visit ☐

## Recommended Additional Services

| Y | N | Service | Estimate |
|---|---|---|---|
| Y | N✓ | Air Filter | |
| Y✓ | N | Cabin Air Filter | |
| Y | N✓ | Rotate Tires | |
| Y | N✓ | Tire Repair | |
| Y✓ | N✓ | Brakes (Specify) | Front PAD's |
| Y | N✓ | Starting/Charging/Battery Check and Clean | |
| Y | N✓ | Full Factory Warranty in Effect | |
| Y | N✓ | Vehicle Service Contract/CPO Extension | |
| Y✓ | N | Other | Serine |

### Check Battery Performance

☐ Good    ✓ Bad

Actual Cold Cranking Amps and/or attach test results _190_

Customer Signature _____

© 2003 Mazda North American Operations



9999-94-INSP-07
Rev. 10/07

White Copy - Customer • Yellow - Attach to RO File Copy • Pink Copy - Service Manager





901 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
(818) 247-1903
www.starautogroup.com



**LINCOLN MERCURY**
OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.
B.A.R. # REG ARD 009143   P.A. CODE: 11822

**MAZDA**
OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:00 A.M. TO 6:00 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.
E.P.A. # CAT 000613992

## ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE

| CUSTOMER NO. 61057 | ADVISOR WILFREDO RIVERA 939 | TAG NO. 4229 | INVOICE DATE 07/10/09 | INVOICE NO. MACS615095 |
|---|---|---|---|---|

| CHRISTINA CASTELLAN | LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 40,833 | COLOR SILVER/ | STOCK NO. |
|---|---|---|---|---|---|

YEAR / MAKE / MODEL
04/MAZDA/RX-8/4DR CPE AT    DELIVERY DATE    DELIVERY MILES

VEHICLE I.D. NO.
J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7    SELLING DEALER NO.    PRODUCTION DATE

F.T.E. NO.    P.O. NO.    R.O. DATE 07/09/09

RESIDENCE PHONE    COMMENTS

```
LABOR & PARTS--------------------------------------------------
J# 1 05LIZ      QUICK SERV. DEPT.          TECH(S):806              WARRANTY
            -TOWED IN-CUST STS ENGINE CRANKS BUT WON'T START
            PERFORM ELECTRONCI ENGINE DIAGNOSIS,PASSED TEST,FOUND ENGINE
            FLOODED
            PERFORM ENGINE DECARBONIZING AND REPLACED SPARK PLUGS
            PER PROGRAM 01015108

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1     1   N3Y3-18-S30A-9U       SPARK PLUG                      WARRANTY
JOB # 1     1   0000-77-A86           ZOOM POWER                      WARRANTY
                                        JOB #  1 TOTAL PARTS            0.00

                                        JOB #  1 TOTAL LABOR & PARTS   0.00

COMMENTS--------------------------------------------------------
TOWED

TOTALS----------------------------------------------------------
                                        TOTAL LABOR....    0.00
                                        TOTAL PARTS....    0.00
                                        TOTAL SUBLET...    0.00
                                        TOTAL G.O.G....    0.00
                                        TOTAL MISC CHG.    0.00
                                        TOTAL MISC DISC    0.00
                                        TOTAL TAX......    0.00
                                                         --------
                                        TOTAL INVOICE $    0.00
```

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  ERNANTSH4E  GGS09152-Q (05/06)





# STAR MAZDA
## "the Star Supercenter"

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com



**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

**B.A.R. # REG ARD 009143**

**MAZDA**
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

CELL:

| CUSTOMER NO. | | ADVISOR | | TAG NO. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 61057 | | WILFREDO RIVERA | 939 | 1551 | | 07/09/10 | MACS628179 |
| | | LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | STOCK NO. |
| CHRISTINA PASCHAL | | | 6FVK365 | 53,938 | | SILVER/ | |
| | | YEAR / MAKE / MODEL | | | | DELIVERY DATE | DELIVERY MILES |
| | | 04/MAZDA/RX-8/4DR CPE AT | | | | | |
| | | VEHICLE I.D. NO. | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | | J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | | | | |
| | | F.T.E. NO | | P.O. NO. | | R.O. DATE | |
| | | | | | | 07/08/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | |
| | | | | | | | MO: 53938 |

```
LABOR & PARTS---------------------------------------------------
J# 1 06MAZFC        CHECK ENGINE LIGHT          TECH(S):250              WARRANTY
          -TOWED IN-CUST STS ENGINE SLOW CRANKS BUT WON'T START

          UPON VEHICLE INSPECTION FOUND ENGINE FLOODED
          -NOTE-ENGINE MUST BE FULLY WARM UP BEFORE IS TURNED OFF.
          PERFORM ENGINE DECARBONIZING PER PROGRAM 01015108
          APROVED BY MAZDA
          -ENGINE MUST BE FULLY WARM UP BEFORE IS TURNED OFF-


PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------UNIT PRICE-
JOB # 1     1    0000-77-A86      ZOOM POWER                       WARRANTY
                                        JOB #  1 TOTAL PARTS        0.00

                                  JOB #  1 TOTAL LABOR & PARTS      0.00
.........................................................................
J# 2+22MAZMF        MIS-FIRES                  TECH(S):250              WARRANTY
          TOWED-IN CUST STS ENGINE CRANKS BUT START UP
          ELECTRONIC ENGINE DIAGNOSIS INDICATES A ENGINE MISFIRE
          FAULTY CODES P3004 AND P3002 RANDOM COIL MISFIRE
          REPLACED ALL IGNTION COILS AND RESET COMPUTER TO
          CORRECT CONCERN.REPAIRS APROVED BY MAZDA


PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------UNIT PRICE-
JOB # 2     4    N3H1-18-100B-9U   IGNITION C                      WARRANTY
                                        JOB #  2 TOTAL PARTS        0.00

                                  JOB #  2 TOTAL LABOR & PARTS      0.00
.........................................................................
J# 3+03MAZBRKG      BRAKES/GREEN               TECH(S):250              0.00
          PERFORM BRAKE INSPECTION FRONT AND REAR AS PER FULL CIRCLE
          INSPECTION
          COMPLETED BRAKE INSPECTION AS PER FULL CIRCLE PROCESS.
          ADVISED CLIENT BRAKES ARE GREEN STATUS OK.


PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------UNIT PRICE-
                                        JOB #  3 TOTAL PARTS        0.00

                                  JOB #  3 TOTAL LABOR & PARTS      0.00
.........................................................................
J# 4+23MAZBATTG     BATT/PASSED                TECH(S):250              0.00
          PERFORMED A BATTERY CHECK
          BATTERY IS NEW,REPLACED ON THIS REPAIRS


PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------UNIT PRICE-
                                        JOB #  4 TOTAL PARTS        0.00

                                  JOB #  4 TOTAL LABOR & PARTS      0.00
.........................................................................
J# 5+25MAZTIRR      TIRES/RED                  TECH(S):250              0.00
          PERFORM TIRE INSPECITON AS PER FULL CIRCLE PROCESS.
          ADVISED CLIENT TIRES ARE RED STATUS IMMEDIATE ATTENTION
          REQUIRED
```

The Reynolds and Reynolds Company  8RANTSH4E  GC0091320 Q (01/10)

PAGE 1 OF 2          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   05:51pm



OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

B.A.R. # REG ARD 009143



# STAR MAZDA
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com



mazda
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
E.P.A. # CAD 981445158

| CUSTOMER NO. 61057 | ADVISOR WILFREDO RIVERA 939 | TAG NO. 1551 | CELL: INVOICE DATE 07/09/10 | INVOICE NO. MACS628179 |
|---|---|---|---|---|
| CHRISTINA PASCHAL | LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 53,938 | COLOR SILVER/ | STOCK NO. |
| | YEAR / MAKE / MODEL 04/MAZDA/RX-8/4DR CPE AT | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. JM1FE17NX40123927 | | SELLING DEALER NO. | PRODUCTION DATE |
| | R.T.E. NO. | P.O. NO. | R.O. DATE 07/08/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 53938 |

```
        COMPLETED TIRE INSPECTION AS PER FULL CIRCLE PROCESS.
        ADVISED CLIENT TIRES ARE IN THE RED STATUS IMMEDIATE
        ATTENTION REQUIRED

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
                                        JOB #  5 TOTAL PARTS         0.00

                        JOB #  5 TOTAL LABOR & PARTS                 0.00
..................................................................
COMMENTS--------------------------------------------------------------
TOWED

RECOMMENDATIONS------------------------------------------------------
RECOMEND TIRES BUT DECLINED

TOTALS---------------------------------------------------------------
                                        TOTAL LABOR....              0.00
                                        TOTAL PARTS....              0.00
                                        TOTAL SUBLET...              0.00
                                        TOTAL G.O.G....              0.00
                                        TOTAL MISC CHG.              0.00
                                        TOTAL MISC DISC              0.00
                                        TOTAL TAX......              0.00
                                                                 --------
                                        TOTAL INVOICE $              0.00


     CUSTOMER SIGNATURE
```

The Reynolds and Reynolds Company ERA/NTSHAE  GZ0591(32(Q) (0V10)

# FULL CIRCLE SERVICE REPORT CARD

**5917808**

MAZDA
FULL CIRCLE
SERVICE

Customer Name: Christina Paschal

Phone: _____

E-Mail: _____

Date: 7-8-10

License: _____

Year/Model: 07 Rx-8

VIN: _____

RO/Tag#: 1551

Mileage: 53,938

| INSPECTION RESULT - OK | WILL REQUIRE FURTHER ATTENTION | REQUIRES IMMEDIATE ATTENTION |
|---|---|---|

| Inspect Each Service | | | Declined | Info. / Estimate |
|---|---|---|---|---|
| | C H E C K & F I L L | Windshield washer fluid level | ☐ | |
| | | Automatic transmission fluid level/condition | ☐ | |
| | | Brake fluid level/condition | ☐ | |
| | | Power steering fluid level/condition | ☐ | |
| | | Coolant recovery reservoir fluid level/condition | ☐ | |
| | | Transaxle, transfer case, clutch reservoir fluid/condition (as equipped) | ☐ | |
| | | Engine oil level/condition | ☐ | |
| | | Windshield for cracks, chips and pitting | ☐ | |
| | | Wiper blades/inserts | ☐ | |
| | | Horn, interior and exterior lights, washer spray and wiper operation | ☐ | |
| | | Cooling system for visible leaks and damage | ☐ | |
| | | Oil and/or fluid leaks (Specify _____) | ☐ | |
| | | Constant velocity (CV) drive axle boots (if equipped) | ☐ | |
| | | Exhaust system (leaks, visible damage, loose parts) | ☐ | |
| | | Drive belt(s) | ☐ | |
| | | Steering, steering linkages/wheel end play/bearings | ☐ | |
| | | Suspension (shocks/struts for bounce/leaks/damage) | ☐ | |
| | | Brake lines, hoses, parking brake | ☐ | |
| | | Clutch operation (if equipped) | ☐ | |

## Recommended Additional Services

| | | | Declined |
|---|---|---|---|
| Y | N | Air Filter div 4 | ☐ |
| Y | N | Cabin Air Filter | ☐ |
| Y | N | Rotate Tires | ☐ |
| Y | N | Tire Repair 225/45R18 91v | ☐ |
| Y | N | Brakes (Specify _____) | ☐ |
| Y | N | Starting/Charging/Battery Check and Clean | ☐ |
| Y | N | Full Factory Warranty in Effect | ☐ |
| Y | N | Vehicle Service Contract/CPO Extension | ☐ |
| Y | N | Other R. info fill | ☐ |

### Check Tires/Measure Tire Tread Depth

Tire Pressure Set to Factory Recommendation

LF      RF

LR      RR

Declined Tire ☐

| 50% or more remaining (Above 6/32") |
| 20% - 50% remaining (4/32" – 6/32") |
| Less than 20% remaining (3/32" or less) |

### Measure Front / Rear Brake Linings

LF      RF

LR      RR

Declined Brake ☐

Brake Measurements Not Taken This Service Visit ☐

| 50% or more remaining | (Above 5mm Disc) (Above 2mm Drum) |
| 20% - 50% remaining | (3mm-5mm Disc) (1.01mm-2mm Drum) |
| Less than 20% remaining | (Less than 3mm Disc) (1mm or less Drum) |

### Check Battery Performance

Condition of Terminals (clean if necessary)

☑ Good
☐ Bad

State of Health
0% ————— 100%

Actual Cold Cranking Amps and/or attach test results

Declined Battery ☐

Customer Signature: _____

Service Consultant: _____

Technician: _____

MAZDA

© 2009 Mazda North American Operations    White Copy - Customer • Yellow Copy - Attach to RO File Copy • Pink Copy - Service Manager

9999-94-INSP-09




# STAR MAZDA
*"the Star Supercenter"*



**HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

B.A.R. # ARD 009143

1401 SOUTH BRAND BLVD.    GLENDALE, CALIFORNIA 91204
(818) 247-1903    SERVICE DIRECT: (818) 502-1434
FAX: (818) 246-0593
www.starautogroup.com

E.P.A. # CAD981445158

## RECOMMENDED SERVICES

| OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL | OPERATION | OPERATION DESCRIPTION | MO/MI | TOTAL |
|-----------|----------------------|-------|-------|-----------|----------------------|-------|-------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## SERVICE HISTORY

| DATE | REPAIR ORDER | MILEAGE | ADVISOR | TECHNICIAN | TYPE | OPERATION | OPERATION DESCRIPTION |
|------|-------------|---------|---------|-----------|------|-----------|----------------------|
| 06/28/10 | 627759 | 53938 | 939 | 250 | C | 23MAZ | ELECTRICAL SYSTEM |
| | | | | 250 | C | 01MAZ99P | MULTI-POINT INSPECT |
| | | | | 250 | C | 23MAZBATTR | BATT/FAILED |
| | | | | 250 | C | 03MAZBRKG | BRAKES/GREEN |
| | | | | 250 | C | 23MAZBATTG | BATT/PASSED |
| | | | | 250 | C | 25MAZTIRR | TIRES/RED |

## SERVICE

STATE REG# E

SALESPERSON NO.

| TERMS | VEHICLE I.D. NO. | YEAR/MAKE/MODEL | | PRODUCTION DATE | STOCK NO. | LICENSE NO. | R. O. NO. |
|-------|-----------------|-----------------|--|-----------------|-----------|-------------|-----------|
| CASH ☐ | JM1FE17NX40123927 | 04/MAZDA/RX-8/4DR CPE AT | | | | 6FVK365 | 628518 |
| CREDIT CARD ☐ | | CUSTOMER NO. | SERVICE CONTRACT | DELIVERY DATE | DELIVERY MILES | SELLING DEALER NO. | R. O. DATE |
| CHECK ☐ | CHRISTINA PASCHAL | 61057 | | | | | 07/17/10 |
| OTHER ☐ | | COLOR | | CONTRACT NO. | | EXPIRATION DATE | EXPIRATION MILES | TAG NO. |
| | | SILVER/ | | | | | 1551 |

SAVE REMOVED PARTS FOR CUSTOMER

| | TURBO | M/MC | AIR COND. | P.S. | TRANS | MILEAGE | ADVISOR NO. | ADVISOR |
|--|-------|------|-----------|------|-------|---------|-------------|---------|
| ☐ YES ☐ NO | N | LIZZ | Y | Y | A | 54,109 | 939 | WILFREDO RIVERA |

| RESIDENCE PHONE | BUSINESS PHONE |
|-----------------|----------------|

| TIME RECEIVED | DATE/TIME PROMISED | PRIORITY |
|---------------|--------------------| |
| 10:46am | 07/20/10   06:00pm | |

APPOINTMENT
☐ Yes
☐ No    CELL:

LABOR RATE

POWER OF ATTORNEY: The undersigned, hereinafter called "insured", for the consideration of repairs made to "insured's" automobile, does hereby grant to said STAR MAZDA insured's power of attorney to sign or endorse any checks and/or drafts made payable to insured and any releases thereto, as settlement for damages to the above described vehicle.I UNDERSTAND THAT I HAVE THE RIGHT TO HAVE EMISSION SERVICE AND/OR ADJUSTMENT DONE ELSEWHERE. I HEREBY WAIVE THIS RIGHT. I hereby authorize the repair work hereinafter set forth to be done along with necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by the unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. SUBJECT TO THE CONDITIONS ON THE REVERSE SIDE. CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY HEREOF.

X _____ X _____ X _____ X _____
(DATE)        (INSURED)        (DATE)        (INSURED)

## JOB

ORIGINAL CUSTOMER ESTIMATE:    TOTAL
0.00

X _____

COMMENTS :
RECHECK

**1**  **C** 06MAZFC    *CHECK ENGINE LIGHT*
CUST STS THE CHECK ENGINE LIGHT IS ON,IDLES ROUGH

**2**  **C *** 01MAZ99P    *MULTI-POINT INSPECT*
PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
PER CHECK SHEET.

**3**  **I** 21MAZ02    *RENTAL SUBLET*
LOANER-RECHECK

| ORIGINAL ESTIMATE $ | HAZARDOUS WASTE REMOVAL EST. $ | | |
|---------------------|-------------------------------|--|--|

TEARDOWN ESTIMATE
I understand that my vehicle will be reassembled within _____ days of the date shown above if I choose not to authorize the services recommended.

| 1ST REV. EST. | ADD. COST | AUTHORIZED BY: | |
|---------------|-----------|----------------|--|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

| 2ND REV. EST. | ADD. COST | AUTHORIZED BY: | |
|---------------|-----------|----------------|--|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

| 3RD REV. EST. | ADD. COST | AUTHORIZED BY: | |
|---------------|-----------|----------------|--|
| DATE | TIME | PHONE NO. CALLED | CONTACTED BY: ☐ IN PERSON ☐ BY FAX ☐ BY PHONE ☐ BY EMAIL |
| REVISION DETAILS: | | | |

"I acknowledge notice and oral approval of an increase in the original estimate."

X _____
CUSTOMER SIGNATURE

I hereby designate the individual named below to authorize any additional work not specified or parts not included in the original written estimated price for parts and labor

Name of Designee: _____ Phone Number: _____

E-Mail Address: _____ Fax Number: _____

Customer's Signature: _____ Date: _____
X

HAZARDOUS WASTE DISPOSAL: AS A RESULT OF FEDERAL AND STATE MANDATED MANAGEMENT REGULATIONS, A SMALL AMOUNT WILL BE CHARGED FOR THE DISPOSAL OF HAZARDOUS WASTE GENERATED BY THE REPAIRS OF YOUR VEHICLE. HAZARDOUS WASTE ITEMS ARE OIL, GASOLINE, ANTIFREEZE, ETC.

BY LAW YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS THAT THE SMOG CHECK TEST INDICATES ARE NECESSARY.

*You agree that we may contact you in writing, by email, or by using prerecorded/artificial voice messages and automatic telephone dialing systems, as the law allows. You also agree that we may contact you in these other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

IMPORTANT: REMOVE ALL PERSONAL PROPERTY AND VALUABLES FROM YOUR VEHICLE. WE DO **NOT** ASSUME RESPONSIBILITY FOR LOSS OR DAMAGE FOR ARTICLES LEFT IN YOUR VEHICLE.

The Reynolds and Reynolds Company  STARMZWDY48L  OCR-HSR3 G  (01/10)





# STAR MAZDA
## "the Star Supercenter"



**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
• SATURDAY
8:00 A.M. TO 5:00 P.M.

**B.A.R. # REG ARD 009143**

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

mazda
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

CELL:

| CUSTOMER NO. 61057 | ADVISOR WILFREDO RIVERA 939 | TAG NO. 1721 | INVOICE DATE 07/21/10 | INVOICE NO. MACS628566 |
|---|---|---|---|---|
| CHRISTINA PASCHAL | LABOR RATE / LICENSE NO. 6FVK365 | MILEAGE 54,109 | COLOR SILVER/ | STOCK NO. |
| | YEAR / MAKE / MODEL 04/MAZDA/RX-8/4DR CPE AT | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO | P.O. NO. | R.O. DATE 07/20/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 54109 |

```
LABOR & PARTS----------------------------------------------------------
J# 1 22MAZMISC      PERFORMANCE CHECK              TECH(S):250            WARRANTY
            CUST STS THE CHECK ENGINE LIGHT ISON,IDLES ROUGH
            PERFORM ELECTRONIC ENGINE DIAGNOSIS,TEST INDICATES FAULTY
            PURGE VALVE SOLENOID
            REPLACED PURGE VALVE SOLENOID

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1      1     Z504-18-741A    VALVE,SOLE                         WARRANTY
                                          JOB #  1 TOTAL PARTS          0.00

                                      JOB #  1 TOTAL LABOR & PARTS      0.00
----------------------------------------------------------------------
COMMENTS---------------------------------------------------------------
MAZDA

TOTALS-----------------------------------------------------------------
```

|  |  |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company ERMNTS0146  GG05913C-Q (01/10)

# FULL CIRCLE SERVICE REPORT CARD

**5918102**

Customer Name: Christina Paschal    Phone: _____    **E-Mail:** _____

Date: 7-20-10    License: _____    Year/Model: 04 RX-8

VIN: _____    RO/Tag#: 1721    Mileage: 57,604

| INSPECTION RESULT - OK | WILL REQUIRE FURTHER ATTENTION | REQUIRES IMMEDIATE ATTENTION |
|---|---|---|

## Inspect Each Service

| | | Declined | Info. / Estimate |
|---|---|---|---|
| C H E C K & F I L L | Windshield washer fluid level | ☐ | |
| | Automatic transmission fluid level/condition | ☐ | |
| | Brake fluid level/condition | ☐ | |
| | Power steering fluid level/condition | ☐ | |
| | Coolant recovery reservoir fluid level/condition | ☐ | |
| | Transaxle, transfer case, clutch reservoir fluid/condition (as equipped) | ☐ | |
| | Engine oil level/condition | ☐ | |
| | Windshield for cracks, chips and pitting | ☐ | |
| | Wiper blades/inserts | ☐ | |
| | Horn, interior and exterior lights, washer spray and wiper operation | ☐ | |
| | Cooling system for visible leaks and damage | ☐ | |
| | Oil and/or fluid leaks (Specify _____) | ☐ | |
| | Constant velocity (CV) drive axle boots (if equipped) | ☐ | |
| | Exhaust system (leaks, visible damage, loose parts) | ☐ | |
| | Drive belt(s) | ☐ | |
| | Steering, steering linkages/wheel end play/bearings | ☐ | |
| | Suspension (shocks/struts for bounce/leaks/damage) | ☐ | |
| | Brake lines, hoses, parking brake | ☐ | |
| | Clutch operation (if equipped) | ☐ | |

## Recommended Additional Services

| Y | N | | Declined |
|---|---|---|---|
| Y | N | Air Filter | ☐ |
| Y | N | Cabin Air Filter | ☐ |
| Y | N | Rotate Tires | ☐ |
| Y | N | Tire Repair | ☐ |
| Y | N | Brakes (Specify _____) | ☐ |
| Y | N | Starting/Charging/Battery Check and Clean | ☐ |
| Y | N | Full Factory Warranty in Effect | ☐ |
| Y | N | Vehicle Service Contract/CPO Extension | ☐ |
| Y | N | Other _____ | ☐ |

## Check Tires/Measure Tire Tread Depth

Tire Pressure Set to Factory Recommendation

LF ... RF

LR ... RR

Declined Tire ☐

| 50% or more remaining (Above 6/32") |
| 20% - 50% remaining (4/32" – 6/32") |
| Less than 20% remaining (3/32" or less) |

## Measure Front / Rear Brake Linings

LF ... RF

LR ... RR

Declined Brake ☐

Brake Measurements Not Taken This Service Visit ☐

| 50% or more remaining | (Above 5mm Disc) (Above 2mm Drum) |
| 20% - 50% remaining | (3mm-5mm Disc) (1.01mm-2mm Drum) |
| Less than 20% remaining | (Less than 3mm Disc) (1mm or less Drum) |

## Check Battery Performance

Condition of Terminals (clean if necessary)

☑ Good
☐ Bad

State of Health    0% ——— 100%

Actual Cold Cranking Amps and/or attach test results

Declined Battery ☐

Customer Signature: _____

Service Consultant: _____

Technician: _____

© 2009 Mazda North American Operations    White Copy - Customer • Yellow Copy - Attach to RO File Copy • Pink Copy - Service Manager



9999-94-INSP-09
Rev. 06/09





OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

B.A.R. # REG ARD 009143

**STAR MAZDA**
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

**mazda**
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
E.P.A. # CAD 981445158

CELL:

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 61057 | WILFREDO RIVERA | 939 | 1721 | 07/22/10 | MACS628518 |
| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
| CHRISTINA PASCHAL | | 6FVK365 | 54,109 | SILVER/ | |
| | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| | 04/MAZDA/RX-8/4DR CPE AT | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | JM1FE17NX40123927 | | | | |
| | F.T.E. NO | P.O. NO. | | R.O. DATE | |
| | | | | 07/17/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| | | | | | MO: 54109 |

```
LABOR & PARTS--------------------------------------------------------------------------
J# 1 06MAZFC        CHECK ENGINE LIGHT            TECH(S):250              WARRANTY
            CUST STS THE CHECK ENGINE LIGHT IS ON,IDLES ROUGH
            PERFORM ELECTRONIC ENGINE DIAGNOSIS TEST INDICATES CODE
            P0456 FAULTY PURGE VALVE AND INTAKE MANIFOLD
            REPLACED INTAKE MANIFOLD ASSY.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-
JOB # 1      1    N3H4-13-23XA      MANIFOLD(R                        WARRANTY
JOB # 1      1    N3H4-13-112A      GASKET,IN.                        WARRANTY
                                       JOB #  1 TOTAL PARTS              0.00

                                       JOB #  1 TOTAL LABOR & PARTS     0.00
-------------------------------------------------------------------------------
J# 2 01MAZ99P       MULTI-POINT INSPECT          TECH(S):250              0.00
            PERFORM 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
            PER CHECK SHEET.
            PERFORMED 28 POINT MULTI-POINT FULL CIRCLE INSPECTION AS
            PER CHECK SHEET. COMPLETED AND ROAD TESTED.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-
                                       JOB #  2 TOTAL PARTS              0.00

                                       JOB #  2 TOTAL LABOR & PARTS     0.00
-------------------------------------------------------------------------------
J# 3 21MAZ02        RENTAL SUBLET                TECH(S):250              WARRANTY
            EMISSIONS WARRANTY

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-
                                       JOB #  3 TOTAL PARTS              0.00

                                       JOB #  3 TOTAL LABOR & PARTS     0.00
-------------------------------------------------------------------------------
J# 4+03MAZBRKG      BRAKES/GREEN                 TECH(S):250              0.00
            PERFORM BRAKE INSPECTION FRONT AND REAR AS PER FULL CIRCLE
            INSPECTION
            COMPLETED BRAKE INSPECTION AS PER FULL CIRCLE PROCESS.
            ADVISED CLIENT BRAKES ARE GREEN STATUS OK.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-
                                       JOB #  4 TOTAL PARTS              0.00

                                       JOB #  4 TOTAL LABOR & PARTS     0.00
-------------------------------------------------------------------------------
J# 5+23MAZBATTG     BATT/PASSED                  TECH(S):250              0.00
            PERFORMED A BATTERY CHECK
            ADVISED CLIENT BATTERY PASSED TEST

PARTS------QTY---FP-NUMBER--------------DESCRIPTION------------------UNIT PRICE-
                                       JOB #  5 TOTAL PARTS              0.00

                                       JOB #  5 TOTAL LABOR & PARTS     0.00
-------------------------------------------------------------------------------
J# 6+25MAZTIRR      TIRES/RED                    TECH(S):250              0.00
```

The Reynolds and Reynolds Company  ERAINTSH4E  6G099132.O (01/10)



OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.

B.A.R. # REG ARD 009143



# STAR MAZDA
## "the Star Supercenter"

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
E.P.A. # CAD 981445158

CELL:

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 61057 | WILFREDO RIVERA | 939 | 1721 | 07/22/10 | MACS628518 |
| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
| CHRISTINA PASCHAL | | 6FVK365 | 54,109 | SILVER/ | |
| | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| | 04/MAZDA/RX-8/4DR CPE AT | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | JM1FE17NX40123927 | | | | |
| | F.T.E. NO. | | P.O. NO. | R.O. DATE | |
| | | | | 07/17/10 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| | | | | | MO: 54109 |

```
         PERFORM TIRE INSPECITON AS PER FULL CIRCLE PROCESS.
         ADVISED CLIENT TIRES ARE RED STATUS IMMEDIATE ATTENTION
         REQUIRED
         COMPLETED TIRE INSPECTION AS PER FULL CIRCLE PROCESS.
         ADVISED CLIENT TIRES ARE IN THE RED STATUS IMMEDIATE
         ATTENTION REQUIRED

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                          JOB #  6 TOTAL PARTS          0.00

                            JOB #  6 TOTAL LABOR & PARTS                0.00
---------------------------------------------------------------------------
SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION----------------------------
JOB # 3   71505      326877    07/22/10 RECHECK                      INTERNAL
                                          TOTAL - SUBLET               0.00

G.O.G. & SUPLIES---------------------------------------------------------
JOB # 1          FREIGHT (PARTS)                                     WARRANTY
                                          TOTAL - GOG                  0.00

ESTIMATE------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
         ORIGINAL ESTIMATE OF      $0.00 (+TAX)
COMMENTS------------------------------------------------------------
RECHECK

TOTALS------------------------------------------------------------
                                          TOTAL LABOR....             0.00
                                          TOTAL PARTS....             0.00
                                          TOTAL SUBLET...             0.00
                                          TOTAL G.O.G....             0.00
                                          TOTAL MISC CHG.             0.00
                                          TOTAL MISC DISC             0.00
                                          TOTAL TAX......             0.00
                                                                   --------
                                          TOTAL INVOICE $             0.00
```

CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  ERAINTS1HE  GG009132 Q  (01/10)

ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, 1510 S BRAND BLVD, GLENDALE, CA 912042812 (818) 241-1056

**RENTAL AGREEMENT**    **REF#**
326877      7V4C37

**RENTER**
PACHAL, CHRISTINA

**DATE & TIME OUT**
07/17/2010  11:13 AM
**DATE & TIME IN**
07/22/2010  05:46 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2008 SUZU FORE 4DR**
VIN# KL5JD56Z28K900030
LIC# 6EGG714
MILES DRIVEN  707

**BILL TO ACCOUNT**
STAR PRE-OWNED SUPERCENTER-32WB**
ATTN:  WILLIE
1401 S. BRAND BLVD
GLENDALE, CA 91204

**CLAIM INFO**
RO 628518 PO 71505
TYPE CAR:  RX-8
SHOP:  STAR PRE-OWNED
SUPERCENTER-32WB**
PHONE:  (818) 502-1480
ATTN:  WILLIE

## SUMMARY OF CHARGES

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 07/17 - 07/22 | 6 | DAY | $18.00 | $108.00 |
| REFUELING CHARGE | 07/17 - 07/22 | | | | $0.00 |
| | | | **Subtotal:** | | **$108.00** |
| **Taxes & Surcharges** | | | | | |
| SALES TAX | 07/17 - 07/22 | | | 9.75% | $10.63 |
| VLF RECOVERY | 07/17 - 07/22 | 6 | DAY | $0.17 | $1.02 |
| | | | **Total Charges:** | | **$119.65** |
| **Bill-To / Deposits** | | | | | |
| STAR PRE-OWNED SUPERCENTER-32WB** | | | | | |
| TIME & DISTANCE | 07/17 - 07/22 | 6 | DAY | | |
| SALES TAX | 07/17 - 07/22 | 1 | PERCENT | 9.75% | |
| VLF RECOVERY | 07/17 - 07/22 | 6 | DAY | | |
| | | | **Subtotal:** | | **($108.00)** |

**Total Amount Due**      **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID**  **TYPE**      **CREDIT CARD NUMBER**
$11.65  Visa

7/22/2010



OUR SERVICE DEPT. HOURS:
MONDAY THRU FRIDAY
7:30 A.M. TO 6:30 P.M.
SATURDAY
8:00 A.M. TO 5:00 P.M.
**B.A.R. # REG ARD 009143**



# STAR MAZDA
*"the Star Supercenter"*

1401 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
www.starautogroup.com

**mazda**
Phone: (818) 247-1903
Service Direct: (818) 502-1434
Fax: (818) 246-0593
**E.P.A. # CAD 981445158**

| CUSTOMER NO. | | ADVISOR | | TAG NO. | | INVOICE DATE | CELL: | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 61057 | | WILFREDO RIVERA | 939 | 1721 | | 07/23/10 | | MACS628706 |
| | | LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | | STOCK NO. |
| CHRISTINA PASCHAL | | | 6FVK365 | 54,122 | | SILVER/ | | |
| | | YEAR / MAKE / MODEL | | | | DELIVERY DATE | | DELIVERY MILES |
| | | 04/MAZDA/RX-8/4DR CPE AT | | | | | | |
| | | VEHICLE I.D. NO. | | | | SELLING DEALER NO. | | PRODUCTION DATE |
| | | J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | | | | | |
| | | F.T.E. NO | | P.O. NO. | | R. O. DATE | | |
| | | | | | | 07/23/10 | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | | |
| | | | | | | | | MO: 54122 |

```
LABOR & PARTS----------------------------------------------------------------
J# 1 06MAZFC        CHECK ENGINE LIGHT        TECH(S):473            INTERNAL
          CUST STS THE CHECK ENGINE LIGHT CAME ON
          ELECTRONIC ENGINE DIAGNOSIS INDICATES A FAULTY CODE
          P0456 SLIGHT FUME LEAK FROM GAS CAP
          REPLACED GAS CAP AND RESET COMPUTER

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-----------------UNIT PRICE-
JOB # 1      1    FE02-42-250B      CAP,FUEL                         INTERNAL
                                        JOB #  1 TOTAL PARTS              0.00

                                    JOB #  1 TOTAL LABOR & PARTS          0.00
-------------------------------------------------------------------------------
ESTIMATE-----------------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF      $0.00 (+TAX)
COMMENTS-----------------------------------------------------------------------
MAZDA

TOTALS-------------------------------------------------------------------------
                                        TOTAL LABOR....        0.00
                                        TOTAL PARTS....        0.00
                                        TOTAL SUBLET...        0.00
                                        TOTAL G.O.G....        0.00
                                        TOTAL MISC CHG.        0.00
                                        TOTAL MISC DISC        0.00
                                        TOTAL TAX......        0.00
                                                            --------
                                        TOTAL INVOICE $        0.00
```

_____
    CUSTOMER SIGNATURE

The Reynolds and Reynolds Company  EHARTISH4E  GD09132 Q (01/10)





# STAR

901 SOUTH BRAND BLVD.
GLENDALE, CALIFORNIA 91204
(818) 247-1903

www.starautogroup.com

**OUR SERVICE DEPT. HOURS:**
MONDAY THRU FRIDAY
7:30 A.M. TO 5:30 P.M.
SATURDAY
8:00 A.M. TO 2:00 P.M.
E.P.A. # CAT 000613992

STAR LINCOLN MERCURY
901 SO BRAND BLVD
GLENDALE CA 91204

DATE: 08/04/09            TIME: 13:15
TERM: 023135551350        TERM: 0001
S-A-L-E-S  D-R-A-F-T

REF: 0022    BCH: 418
CD TYPE: VI
TR TYPE: PR
AMOUNT:         $95.00

PH: 882398
V-CODE: CVV2 MATCH

INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE

| ADVISOR WILFREDO RIVERA | 939 | TAG NO. 4517 | INVOICE DATE 08/04/09 | INVOICE NO. MACS615976 |
|---|---|---|---|---|
| LABOR RATE | LICENSE NO. 6FVK365 | MILEAGE 41,242 | COLOR SILVER/ | STOCK NO. |
| YEAR / MAKE / MODEL 04/MAZDA/RX-8/4DR CPE AT | | | DELIVERY DATE | DELIVERY MILES |
| VEHICLE I.D. NO. J M 1 F E 1 7 N X 4 0 1 2 3 9 2 7 | | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E NO. | | P.O. NO. | R.O. DATE 08/03/09 | |
| COMMENTS | | | | MO: 41242 |

```
LABOR & PARTS------------------------------------------------------------
J# 1 02LIZ07    *EMISSION LIGHT DIAG        TECH(S):806            95.00
        CUST REPORTS THE CHECK ENGINE LIGHT IS ON. ALSO
        THE VEHICLE MAKES A RATTLING NOISE ABOVE 40 MPH. ADVISE
        ELECTRONIC ENGINE DIAGNOSIS INDICATES A ERRATIC VACCUM
        DUE TO A FAULTY SHUTTER VALVE
        TO RETURN AT LATER DATE

                            JOB # 1 TOTAL LABOR & PARTS    95.00
...............................................................................
ESTIMATE-----------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
        ORIGINAL ESTIMATE OF    $95.00 (+TAX)
COMMENTS-----------------------------------------------------------------
DELETED OPERATION(S)-----------------------------------------------------
01LIZI199P     PERF MULTI POINT INS

TOTALS-------------------------------------------------------------------
```

|  |  |
|---|---|
| TOTAL LABOR.... | 95.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **95.00** |

_____
        CUSTOMER SIGNATURE



Driver Door
Scratch
Willie Rivera 8/4/09

PAID
AUG 04 2009
STAR LINCOLN MERCURY MAZDA
C/C

The Reynolds and Reynolds Company  ERANT61346E  05D69132-O (07/08)