DYKEMA GOSSETT PLLC
John M. Thomas (SBN 266842)
jthomas@dykema.com
2723 South State Street
Suite 400
Ann Arbor, MI  48104
Telephone:  (734) 214-7660
Facsimile:  (734) 214-7696
Attorneys for Defendant Mazda Motor
Of America, Inc., d/b/a Mazda North
American Operations

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PASCHAL, individually, and on behalf of a class of similarly situated individuals<br><br>Plaintiff,<br><br>vs.<br><br>MAZDA MOTOR OF AMERICA, INC.,<br><br>Defendant. | NO. 8:14-cv-00594-AG-RNB<br><br>Assigned for All Purposes to the Honorable Andrew J. Guilford<br><br>**JUDGMENT**<br><br>Hearing Judge:  Hon. Andrew J Guilford<br>Date:          July 14, 2014<br>Time:          10:00 a.m.<br>Courtroom:    10D |

This action came on for hearing before the Court on July 14, 2014, on the motion of Defendant Mazda Motor of America, Inc., for summary judgment on all claims set forth in Plaintiff's First Amended Class Action Complaint.  A decision having been rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Christina Paschal take nothing, that judgment is hereby entered in favor of Defendant and against Plaintiff Christina Paschal on all of Plaintiff's claims, and that Plaintiff's First Amended Class Action Complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 8/29/14          By: _____

UNITED STATES DISTRICT JUDGE

ANDREW J. GUILFORD